THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER McBAIN, Appellant, *v.* EDWARD H. WISWALL et al., as the Board of Town Auditors of the Town of Colonie, Respondents.

*People ex rel. McBain* v. *Wiswall,* 84 App. Div. 635, affirmed.
(Argued October 12, 1903; decided October 27, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 7, 1903, which confirmed the action of the defendants in auditing the relator's claim for services as overseer of the poor of the town of Colonie.

*J. S. Frost* for appellant.

*George W. Stedman* for respondents.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.